~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **22-MJ-603** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF: |
| v. | Title 18, United States Code, Sections 922(u) and 924(i)(1) – Theft of Firearms from the Premises of a Federal Firearms Licensee; Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) – Felon in Possession of Firearms |
| JAIME ANGEL ZAMORA, | |
| Defendant. | **(UNDER SEAL)** |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about November 21, 2021, within the Southern District of California, defendant JAIME ANGEL ZAMORA, did steal and unlawfully take and carry away firearms that had been shipped and transported in interstate and foreign commerce from the premises at Poway Weapons & Gear, 13550 Danielson Road, Poway, California, a business licensed to engage in the manufacturing and dealing in firearms, to wit: (1) POF P-15, .380 semi-automatic pistol, serial number 380203478; (2) a Sig-Sauer MPX, 9mm semi-automatic rifle, serial number 62F003081; (3) a Walther P22, .22LR semi-automatic pistol, serial number WA217670; (4) Aero AR-15, .308 semi-automatic rifle, serial number US143046; (5) Smith and Wesson SD9VE, 9mm semi-automatic pistol, serial number FBV0917; (6) Smith and Wesson M&P10, .308 semi-automatic rifle, serial number KN63539; (7) Juggernaut JT9, 9mm semi-automatic rifle, serial number 9101802021; (8) Browning 1911-22, .22LR semi-automatic pistol, serial number 51EZP03836; (9) Magnum Desert Eagle, .50 AE semi-automatic pistol, serial number DK0067490; (10) Anderson AR-15, 5.56 NATO semi-automatic rifle, serial number 20054157; (11) Remington .783, .243 semi-automatic rifle, serial number RA99074B; and (12) LWRC M61C, 5.56 NATO semi-automatic rifle, serial number 2308896; all in violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

# COUNT TWO

On or about November 21, 2021, within the Southern District of California, defendant JAIME ANGEL ZAMORA, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that travelled in and affected interstate commerce, to wit: (1) a POF P-15, .380 semi-automatic pistol, serial number 380203478; (2) a Sig-Sauer MPX, 9mm semi-automatic rifle, serial number 62F003081; (3) a Walther P22, .22LR semi-automatic pistol, serial number WA217670; (4) an Aero AR-15, .308 semi-automatic rifle, serial number US143046; (5) a Smith and Wesson SD9VE, 9mm semi-automatic pistol, serial number FBV0917; (6) a Smith and Wesson M&P10, .308 semi-automatic rifle, serial number KN63539; (7) a Juggernaut JT9, 9mm semi-automatic rifle, serial number 9101802021; (8) a Browning 1911-22, .22LR semi-automatic pistol, serial number 51EZP03836; (9) a Magnum Desert Eagle, .50 AE semi-automatic pistol, serial number DK0067490; (10) an Anderson AR-15, 5.56 NATO semi-automatic rifle, serial number 20054157; (11) a Remington .783, .243 semi-automatic rifle, serial number RA99074B; and (12) a LWRC M61C, 5.56 NATO semi-automatic rifle, serial number 2308896; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

*Scott H. Brahin*
Scott Brahin
Special Agent, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 16th day of February, 2022.

Andrew G. Schopler
United State MagiStrate Judge

2

**PROBABLE CAUSE STATEMENT**

On or about November 21, 2021, at approximately 1:54 a.m., at least two unidentified suspects shattered one of the front entrance windows and pried open the side front door to the Poway Weapons & Gear (hereafter "PWG"), a Federal Firearms Licensee (FFL), located at 13550 Danielson Road in Poway, California, which is in the Southern District of California. The suspects did not make entry via the window, as the window was secured behind metal bars. The suspects made entry via the side front door, directly next to the window using a pry tool. Surveillance video inside PWG showed that after the two suspects entered, they gained access to the unlocked Gunsmith office of the business and carried out multiple firearms in their arms. PWG later reported that a total of 12 firearms were stolen, namely: (1) a POF P-15, .380 semi-automatic pistol, serial number 380203478; (2) a Sig-Sauer MPX, 9mm semi-automatic rifle, serial number 62F003081; (3) a Walther P22, .22LR semi-automatic pistol, serial number WA217670; (4) an Aero AR-15, .308 semi-automatic rifle, serial number US143046; (5) a Smith and Wesson SD9VE, 9mm semi-automatic pistol, serial number FBV0917; (6) a Smith and Wesson M&P10, .308 semi-automatic rifle, serial number KN63539; (7) a Juggernaut JT9, 9mm semi-automatic rifle, serial number 9101802021; (8) a Browning 1911-22, .22LR semi-automatic pistol, serial number 51EZP03836; (9) a Magnum Desert Eagle, .50 AE semi-automatic pistol, serial number DK0067490; (10) an Anderson AR-15, 5.56 NATO semi-automatic rifle, serial number 20054157; (11) a Remington .783, .243 semi-automatic rifle, serial number RA99074B; and (12) a LWRC M61C, 5.56 NATO semi-automatic rifle, serial number 2308896. None of these firearms were manufactured in California. Preliminary checks confirmed that each firearm traveled in and/or affected interstate or foreign commerce.

During the burglary at PWG, the suspects concealed their identities by using masks, hooded sweatshirts, and gloves. According to surveillance video, the suspects arrived at PWG and left PWG in a white Ford Econoline van with front end damage, no front plate, and a roof rack. The suspects fled the scene in the white van with the stolen firearms at approximately 1:58 a.m. before law enforcement arrived.

On or about November 21, 2021, at approximately 7:37 a.m., the owner of Thomas World Services Corporation reported that during the weekend, his white Ford Econoline van (CA license plate ending in 2W1) had been stolen from nearby General Logistics Systems (GLS), located a half mile from PWG. The owner described the van as having front end damage and a roof rack. These details matched the van observed on surveillance during the PWG burglary. The owner estimated that the van had been stolen sometime between November 20, 2021, at approximately 3:30 p.m., and November 22, 2021, at approximately 6:45 a.m.

On or about November 21, 2021, at approximately 10:54 p.m., law enforcement recovered a stolen white Ford Econoline van (CA license plate ending in 4T2) from GLS, located at 12195 Paine Place in Poway, California. The doors to the van were unlocked, the ignition was punched or tampered with, and the passenger door and rear cargo door had been punched or tampered with to gain entry. The van was reported stolen to the San Diego Police Department on November 15, 2021. Law enforcement suspected that the suspects involved in the PWG burglary may have left the stolen white van (4T2) at GLS and then stole the white van (2W1) from Thomas World Services Corporation to avoid apprehension after having stolen the guns. Both GLS and Thomas World Services have several white Econoline style vans in their fleets and use them on a daily basis for their businesses.

After the PWG burglary, the owner of PWG provided a copy of the video surveillance to law enforcement. The video showed the suspects arriving at PWG in the white Ford Econoline van with front end damage, no plate, and a roof rack. Suspect #1 was either a white or Hispanic male. He was wearing a dark hoodie, light hat underneath the hoodie, a light face mask, gloves, light khaki pants, and white shoes. Suspect #2 was either a white or Hispanic male. He was wearing a dark hoodie, light hat, dark face mask, gloves, light khaki pants, and black shoes. Both suspects were seen carrying a pry tool in hand. Suspect #2 exited the van first. Suspect #2 was a bit shorter and heavier in stature. Suspect #2 had about 2-2 ½ foot crowbar on his right hand and wore a dark gray colored glove with white lettering on the top of the glove on his right hand. Suspect #2 began looking through one of the side windows as Suspect #1, the driver of the van, exited the vehicle. At the time of the

PWG burglary, the business as well as the surrounding businesses were closed. Suspect #1 was a bit taller and thinner than Suspect #2 and was seen fixing his hood and eventually walking behind Suspect #2 at the window. Suspect #1 had gloves on both of his hands. The gloves were black or dark gray in color and had a white design on the top of the glove, identical to the glove on Suspect #2's left hand.

The surveillance video showed that Suspect #1 and Suspect #2 spent approximately 70 seconds trying to force entry into the side window with the bars before walking over to the side door of PWG. Then the suspects spent about 45 seconds using the pry tool to force open the side door to PWG. The video showed the suspects inside PWG for approximately 73 seconds before exiting with armfuls of firearms. The suspects placed all the stolen firearms into the back of the van and left the PWG parking lot.

On November 22, 2021, the San Diego Sheriff Department's Auto Theft Task Force (RATT) unit located the white Ford Econoline van (CA license plate ending 2W1) suspected of being used in the PWG burglary. RATT found the van near 8700 Hillery Drive in San Diego. The van had front end damage, no plate, and a roof rack. Law enforcement notified the owner of the van and received consent to take custody of it for evidence processing. During the processing of the van, law enforcement found the following items: a PWG bag, a grey plastic tool caddy, an empty Coke can, a black flashlight, a blue bandana, and a brown beanie. These items were given to evidence technicians for DNA/fingerprint analysis.

On or about December 1, 2021, San Diego Police Department Narcotics Task Force officers served a search warrant in San Diego at the residence of a known gang member, who was believed to possess drugs and firearms. During the search, law enforcement officers recovered drugs and multiple firearms, including 2 firearms that had been stolen during the recent PWG burglary. The PWG firearms recovered were: (1) a Smith and Wesson SD9VE, 9mm semi-automatic pistol, serial number FBV0917; and (2) a Magnum Desert Eagle, .50 AE semi-automatic pistol, serial number DK0067490.

Based upon information developed through the investigation, law enforcement identified one of the possible suspects from the PWG burglary as JAIME ANGEL ZAMORA

("ZAMORA"). ZAMORA has multiple prior felony convictions in California (including theft and burglary). The following is a summary of ZAMORA's felony convictions:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | PRISON/JAIL TERM |
|---|---|---|---|
| 02/09/2012 | CASC – Santa Ana | H&S § 11350(a) – Possess Controlled Substance (F) | 16 months |
| 01/17/2014 | CASC – San Diego | Ct 5: VC § 10801 – Own/ Operate a Chop Shop (F) Ct 6: VC § 10851 – Take Vehicle w/o Consent (F) | 32 months |
| 06/27/2017 | CASC – San Diego | PC § 459 – Burglary (F) | 2 years |
| 07/28/2017 | CASC – San Diego | H&S § 11378 – Possess Controlled Substance for Sale (F) | 32 months |
| 8/29/2019 | CASC – Riverside | PC § 4573.8 – Possess Drugs in Prison (F) | 16 months |
| 12/02/2019 | CASC – Vista | H&S § 11378 – Possess Controlled Substance for Sale (F) | 32 months |

On or about December 8, 2021, law enforcement identified a residence at 8767 Mira Mesa Boulevard #8 in San Diego ("ZAMORA's apartment") where ZAMORA was living but failed to report it to his probation officer in violation of his Post Release Community Supervision conditions. Officers later detained ZAMORA while he was checking in with his probation officer at the Hall of Justice. Due to his probation 4th waiver conditions, law enforcement searched him and retrieved a key to the apartment. Additionally, officers contacted ZAMORA's friend. ZAMORA's friend was driving ZAMORA's sister's white Hyundai Santa Fe. ZAMORA's friend had dropped off ZAMORA at the probation office. Law enforcement searched the vehicle and found drugs, money, and two firearms: a Ruger LCP-II, .380 semi-automatic pistol, serial number 380203478, and an unserialized, privately-made-firearm (also known as a "ghost gun"). The "ghost gun" was a 9 mm semi-automatic pistol with no identifiable markings or serial number. The "ghost gun" was loaded with 13

rounds of Winchester brand 9mm ammunition. ZAMORA's friend denied knowing there were firearms inside ZAMORA's sister's vehicle.

After contacting ZAMORA at the probation office, law enforcement officers, pursuant to ZAMORA's 4th waiver conditions, conducted a search of ZAMORA's apartment. Law enforcement found items inside ZAMORA's apartment that resembled stolen property. More importantly, law enforcement found a PWG gunsmith repair tag from one of the stolen PWG firearms inside of ZAMORA's apartment. Law enforcement also found the following items that matched the clothing worn by the suspects involved in the PWG burglary: blue and white bandanas, white shoes/sneakers, black and gray gloves, dark gray ski mask, and a black jacket. A firearm was also recovered from ZAMORA's apartment, but it was not one of the firearms stolen from PWG.

After finding drugs, firearms, money, and items similar to those used by the suspects in the PWG burglary, law enforcement officers placed ZAMORA under arrest. Afterward, ZAMORA was advised of his *Miranda* rights. ZAMORA acknowledged that he understood his rights and agreed to waive them and speak with law enforcement without an attorney. ZAMORA admitted to committing numerous burglaries in and around San Diego County, including the PWG burglary and the theft of the white Ford Econoline van (CA license plate ending 2W1) used in the PWG burglary. ZAMORA sold the guns from the PWG burglary. He said he sold some of them to "a dude down south." ZAMORA said he sold 5 guns to one guy for $2,400 and 4 rifles to another guy for $1,500. In total, ZAMORA believed he sold 8 rifles and 3 pistols that were stolen during the PWG burglary. ZAMORA admitted to committing other commercial burglaries of approximately 10 or 15 businesses. ZAMORA said there were more than two people in his burglary crew, but he refused to name any of his conspirators. ZAMORA stated that he used the money he earned from selling the stolen items to buy drugs, including methamphetamine and cocaine. In addition, ZAMORA admitted to driving the white Hyundai Santa Fe for the past several months and admitted to owning the firearms and ammunition found within it. At the end of the interview, ZAMORA positively identified himself as Suspect #1 labeled in a photograph from the PWG burglary.

7

On December 15, 2021, the San Diego County Sheriff's Laboratory completed the analysis of items (i.e., a PWG bag, a grey plastic tool caddy, an empty coke can, a black flashlight, a blue bandana, and a brown beanie) recovered from the white Ford Econoline van (CA license plate ending 2W1) used by ZAMORA during the PWG burglary. The lab reported that the brown beanie with a white "SD" logo on the front that was recovered from the driver side floorboard of the van had a very strong inclusive DNA profile for ZAMORA.

The following bulletin was posted by law enforcement after the PWG burglary, which contains Suspect #1 (positively identified by ZAMORA as himself) and the white Ford Econoline van identified by ZAMORA as used in the PWG burglary:



REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing this Complaint, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of the probable cause statement and related documents may cause the defendant to flee or avoid prosecution and may cause destruction of evidence and may have a negative impact on this continuing investigation.